JOHN ARMSTRONG, MARY ARMSTRONG, ELIZABETH MUR-
PHY, MATTY McLEAN, AGNES McLEAN, JOHN McLEAN, PRU-
DENCE McLEAN, SOLOMON McLEAN, RACHAEL McLEAN,
HEIRS OF DAVID McLEAN, DECEASED, AND AGNES McLEAN,
WIDOW, *versus* JOHN MURPHY, CATHERINE WILLETT AND
ROBERT SMART

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Motion to quash subpoena
*p 438; (2) dismissed *p. 497.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of
subpoena and return.
*Chancery Case* 38 of 1823.

JACQUES PROVENÇAL, DIT PELTIER, AND JOSEPH CAMPAU
*versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Motion to quash subpoena
*p. 438. *Journal 4:* (2) Subpoena quashed MS p. 61.
PAPERS IN FILE: (1) Bill of complaint.
*Chancery Case* 40 of 1823.